AMIT RANA (SBN 291912)
ARana@Venable.com
REBECCA B. HORTON (SBN 308052)
RBHorton@Venable.com
BERIT G. FITZSIMMONS (SBN 313520)
BGFitzsimmons@Venable.com
VENABLE LLP
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone: 415.653.3750
Facsimile: 415.653.3755

*Attorneys for Plaintiff*
*That's No Moon Entertainment Inc.*

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

THAT'S NO MOON ENTERTAINMENT INC., a Delaware corporation,

Plaintiff,

v.

MICHAEL MUMBAUER, an individual,

Defendant.

Case No. 2:26-cv-00542

**DECLARATION OF NICK KONONELOS IN SUPPORT OF PLAINTIFF THAT'S NO MOON ENTERTAINMENT INC.'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

Date: To Be Determined
Time: To Be Determined

Trial Date: None set

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750

# DECLARATION OF NICK KONONELOS

I, Nick Kononelos, declare as follows:

1. I am the Chief Operating Officer and Co-Founder of That's No Moon Entertainment Inc. ("TNM"). I have been in that role since TNM's inception in 2020. Unless otherwise stated, matters referred to in this declaration are based on my personal knowledge, and if called upon to testify as a witness, I could and would testify competently to the facts set forth herein.

2. In 2020, a group of four video game developers—including Tina Kowalewski, Taylor Kurosaki, Defendant Michael Mumbauer ("Defendant"), and I (collectively, "Founders")—formed TNM, a video game studio that aims to create captivating, narrative-driven video games. Defendant was selected as TNM's first CEO.

3. TNM assembled a team of talented developers who have worked on the most acclaimed video games in history.

4. TNM obtained outside funding and has been hard at work on its first project, a singleplayer third-person action-adventure game.

5. Since its founding in 2020, TNM has spent many hours and millions of dollars to establish itself in the industry as a company that gamers recognize, trust, and seek out for its games.

6. The Founders recognized in TNM's early days that one critical component of establishing the company's brand was a well-designed website that communicated the values of the studio and provided important updates to its nascent but rapidly growing fanbase. The Founders collectively understood and agreed that they must establish an online presence for the new studio to succeed.

7. In the fall of 2020, the Founders decided to purchase and register with GoDaddy.com 13 domain names related to "That's No Moon." Those domain names included: ThatsNoMoon.com; TNMgames.com; TNMstudios.com; ThatsNoMoonent.com; ThatsNoMoonInc.com; ThatsNoMoonTV.com;

ThatsNoMoonfilm.com; ThatsNoMoonfilms.com; TNMinteractive.com; TNMproductions.com; ThatsNoMoonGames.com; ThatsNoMoonInteractive.com; and ThatsNoMoonEntertainment.com (collectively, "TNM Domains").

8. In TNM's early years, the Founders typically personally incurred business expenses that TNM later reimbursed; the Founders understood and expressly agreed that TNM owned whatever goods or services they purchased that way.

9. In or around September 2020, Defendant agreed to purchase the TNM Domains on TNM's behalf.

10. On November 12, 2020, TNM and Defendant executed a promissory note in which TNM agreed to pay Defendant $2,836.75, plus interest. A true and correct copy of that promissory note is attached as **Exhibit A**.

11. The note represented a guarantee that TNM would reimburse Defendant for any expenses he incurred on TNM's behalf, including for purchasing the TNM Domains.

12. In total, Defendant spent $2,462.91 for the TNM Domains, and on February 24, 2021, Defendant sought reimbursement for that purchase.

13. On April 5, 2021, TNM paid Defendant $2,842.14 under the promissory note, which included the original loan amount, plus interest, and encompassed reimbursement for the purchase of the TNM Domains.

14. On information and belief, under GoDaddy.com's procedures, an individual must be listed as the "owner" of the domain keys and login information to maintain a domain's active status. Defendant listed himself as that named individual for the TNM Domains when he bought them.

15. Regardless of that administrative requirement, TNM and the Founders intended that TNM alone would use the TNM Domains, and TNM used them consistently until Defendant began interfering with its access.

16. While an employee at TNM, Defendant signed an Amended and

Restated Proprietary Information, Inventions and Non-Solicitation Agreement ("PIIA") with TNM. A true and correct copy of the PIIA is attached as **Exhibit B**.

17. Over time, the Founders other than Defendant and TNM's Board of Directors became convinced that Defendant's vision for the company did not align with theirs and that he had breached his duty to act in TNM's best interests.

18. For example, while serving as CEO, Defendant leaked confidential and sensitive information to the media and to competitors.

19. By 2022, the Founders other than Defendant and TNM's Board of Directors had lost confidence in Defendant's ability to continue serving as TNM's CEO. On February 17, 2022, TNM terminated Defendant's employment with the company for cause.

20. On July 11, 2022, a member of TNM's IT team requested that Defendant transfer the TNM Domains to TNM. Defendant ignored the request. On July 14, 2022, TNM's IT team followed up. Without further explanation, Defendant replied, "This wont [*sic*] be happening." A true and correct copy of that e-mail exchange is attached as **Exhibit C**.

21. On January 9, 2023, TNM submitted a Complaint to the National Arbitration Forum demanding that Defendant transfer the TNM Domains to TNM.

22. On February 3, 2023, the Forum denied that request.

23. Between October 2022 and September 2023, TNM secured several registrations for the "That's No Moon" word and design marks (collectively, "TNM Marks"):

| U.S. Trademark Registration Number | Registration Date | Trademark | Wordmark |
|---|---|---|---|
| 6874240 | October 11, 2022 | THAT'S NO MOON | THAT'S NO MOON |
| 7158361 | September 5, 2023 | THAT'S NO MOON | THAT'S NO MOON |
| 7158360 | September 5, 2023 | | T N M |

24. TNM also has multiple pending trademark applications, including: U.S. Serial No. 90980087; U.S. Serial No. 98136853; U.S. Serial No. 98136850; and U.S. Serial No. 98136852.

25. TNM has invested substantial resources in widely publicizing and advertising the TNM Marks nationally, and internationally, in connection with marketing TNM generally as a company and its video game projects.

26. Around 6 a.m. PT on January 6, 2026, Defendant took control of ThatsNoMoon.com.

27. Until that point, TNM had used ThatsNoMoon.com as its main website and primary communication means with the general public, including investors, customers, gamers, and business partners. As of January 6, 2026, TNM could no longer access that website or services associated with that domain.

28. Through his actions, Defendant also cut off TNM employees' ability to e-mail with any sender or recipient outside of the company, with anyone trying to communicate with TNM employees receiving either a bounce-back message or simply no response at all.

29. On January 6, 2026, ThatsNoMoon.com began redirecting website visitors to https://www.travelswitzerland.com/en/.

30. On January 6 and 7, 2026, the TNM team was unable to perform any of its normal work, instead triaging to get critical services back online.

31. TNM quickly set up a new URL, ThatsNoMoon.co, and migrated as

many services as possible to it.

32. TNM's four-person IT team has been working extended hours over multiple days to address the aftermath of Defendant's actions, but new technological issues that the team must address continue to arise.

33. Defendant's actions entailed many serious consequences for TNM. TNM employees were locked out of crucial communication and information management software, and TNM continues to experience issues with those services.

34. TNM also lost communication with its HR providers, resulting in missed payroll reminders and invoices.

35. Business partners could not reach TNM, and they wondered whether the company had shut down or was otherwise struggling.

36. E-mails to TNM executives bounced back to their senders, leading the senders to suspect that the executives had been fired.

37. Strangers on LinkedIn informed the company that its website was down and suggested technical fixes.

38. Employee candidates were unable to access TNM's website or contact its recruiters.

39. Since establishing access to e-mail through TNM's new domain, TNM has had to repeatedly confirm that those new e-mail accounts are in fact working, and TNM continues to address bugs associated with the migration to new accounts.

40. For instance, multiple shareholders missed a shareholder meeting because they did not receive an updated meeting invitation sent by e-mail from TNM, or the e-mail was directed to their spam folders.

41. TNM executives continue to spend substantial time informing external partners and others about the new website and e-mail addresses and reassuring them that the company is healthy.

42. TNM anticipates that the technological consequences of Defendant's actions will persist over the next year, as the TNM IT team continues to address bugs caused by the forced migration to a new domain.

43. TNM anticipates spending about $1.2 million in just January 2026 to deal with the various consequences of Defendant's actions.

44. On January 7, 2026, TNM (through its counsel) sent Defendant a letter demanding that he cease and desist any modification of or interference with the TNM Domains and that he relinquish his unauthorized access to and control of the TNM Domains, even providing instructions on how to easily transfer the TNM Domains. A true and correct copy of that letter is attached as **Exhibit D**. Defendant has not responded to the letter.

45. Subsequently, ThatsNoMoon.com stopped redirecting visitors to the "Travel Switzerland" website. It now redirects to a website explaining that the domain "is available on GoDaddy Auctions," meaning it is "for sale by the current owner" (as shown in the red box added to the screenshot below). The cost is listed as $6,666,666.






46. The website www.TNMProductions.com also directs to a website explaining that the domain is available on GoDaddy Auctions. As of January 12, 2026, the same page contained an entirely unrelated article titled, "Drug and Alcohol Education Courses."




47. Following Defendant's termination from TNM in 2022, Defendant has taken multiple actions that have either harmed or threatened harm to TNM. Those actions have included (1) posting disruptive comments on social media that allude to the company and team members; (2) threatening litigation against TNM over false claims about his termination; and (3) revealing TNM's confidential business information on multiple different occasions, violating the NDA Defendant had signed.

48. Defendant has also threatened me, whom he blames for his departure, through text messages.

49. For example, on June 11, 2022, Defendant texted me in part, "This is not going to end well for you. Trust me."

50. On April 24, 2025, I received a text from an unknown phone number that, based on its content and Defendant's past behavior, I inferred was from Defendant. The text stated in part, "Hope your family is well. They deserve all the stability you can provide Brute," followed by a winking emoji.

51. During his time at TNM, Defendant had access to the personal addresses of TNM executives. Defendant also attends many of the same industry

events as TNM executives. One executive has decided to skip an upcoming high-profile game convention—despite a funder's request that they attend to participate in meetings with a key business partner—because they know Defendant attends every year and fear for their safety in a crowded, semi-public space where Defendant could approach undetected.

52. On information and belief, Defendant founded and currently serves as the CEO of Liithos, a company that, like TNM, aims to build narrative-driven video games.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of January, 2026 in Austin, Texas.

Nick Kononelos