# EXHIBIT A

# PROMISSORY NOTE
## (UNSECURED)

FOR VALUE RECEIVED, THAT'S NO MOON ENTERTAINMENT, INC., a Delaware Corporation ("Borrower"), promises to pay to the order of MICHAEL MUMBAUER, or assigns ("Lender"), at 1121 Laurel Cove Ln, Encinitas, CA 92024, or at such other place or to such other party or parties as the Lender of this Note may from time to time designated in writing, the principal sum of **TWO THOUSAND EIGHT HUNDRED THIRTY-SIX AND 75/100 DOLLARS ($2,836.75)** with interest on unpaid principal at **0.50%** per annum.

1. **Payment:** Principal and interest shall be payable in lawful money of the United States of America.

2. **Due Date:** Full balance of this Note is due no later than November 11th, 2021 ("Due Date"). Principal and interest shall be payable in one lump sum not later than the Due Date.

3. **Prepayment:** Borrower my prepay the full amount or a portion of the balance of principal and interest on this Note then remaining unpaid at any time before such payment comes dues, without penalty.

4. **Representations and Warranties.** Both Parties represent that they are fully authorized to enter into this Agreement. The performance and obligations of either Party will not violate or infringe upon the rights of any third-party or violate any other agreement between the Parties, individually, and any other person, organization, or business or any law or governmental regulation.

5. **Acceleration:** All such principal and accrued and unpaid interest shall be subject to acceleration and mandatory prepayment, within **60** days, out of the proceeds of any advances or other funds furnished to or on behalf of the Borrower in connection with the development of the Borrower's "Convergence" game project.

6. **Attorney's Fees and Costs:** Borrower shall pay all costs incurred by Lender in collecting sums due under this Note after a default, including reasonable attorneys' fees. If Lender or Borrower sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

7. **Non-Waiver:** No failure or delay by Lender in exercising Lender's rights under this Note shall be considered a waiver of such rights.

8. **Severability:** In the event any provision herein is determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other provision, all of which shall remain in full force and effect.

Note 21105

9. **Integration:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Borrower and Lender.

10. **Notice:** Any notices required or permitted to be given hereunder shall be given in writing and shall be delivered (a) in person, (b) by certified mail, postage prepaid, return receipt requested, (c) by facsimile, or (d) by a commercial overnight courier that guarantees next day delivery and provides a receipt, and such notices shall be made to the parties at the addresses listed below.

11. **Execution:** The Borrower executes this Note as a principal and not as a surety. If there is more than one Borrower, each Borrower shall be jointly and severally liable under this Note.

12. **Governing Law and Jurisdiction.** The Parties agree that this Agreement shall be governed by the State and/or Country in which both Parties reside/do business. In the event that the Parties reside/do business in different States and/or Countries, this Agreement shall be governed by California law.

13. **Entire Agreement.** The Parties acknowledge and agree that this Agreement represents the entire agreement between the Parties. In the event that the parties desire to change, add, or otherwise modify any terms, they shall do so in writing to be signed by both parties.

SIGNATURE AREA

This agreement was signed the 12th day of November 2020 by the following:

"Borrower"

That's No Moon Entertainment Inc.
2761 Federal Ave.
Los Angeles, CA 9006
a Delaware Corporation

Signature: _____
By: Tina Kowalewski
Title: Secretary

"Lender"

Signature: _____

Print: Michael Mumbauer

Michael Mumbauer
1121 Laurel Cove Ln.
Encinitas, CA 92024

Note 21105