# EXHIBIT C

| | |
|---|---|
| **From:** | Michael Mumbauer |
| **To:** | Kyle Zetts (he/him); mumbauer@gmail.com |
| **Subject:** | [EXTERNAL]Re: TNM domain consolidation/audit |
| **Date:** | Thursday, July 14, 2022 10:30:35 AM |
| **Attachments:** | image001.png |

This wont be happening Kyle. Feel free to communicate that to Nick.

Get Outlook for iOS

**From:** Kyle Zetts (he/him) <kzetts@thatsnomoon.com>
**Sent:** Thursday, July 14, 2022 10:28:50 AM
**To:** mumbauer@gmail.com <mumbauer@gmail.com>; Michael Mumbauer <mumbauer@hotmail.com>
**Subject:** RE: TNM domain consolidation/audit

Good morning Mike!

I just wanted to follow up on my last email. Let me know if there's anything I can do to assist.

Hope you're doing well,

**Kyle Zetts**
Director, IT

https://thatsnomoon.com

**From:** Kyle Zetts (he/him)
**Sent:** Monday, July 11, 2022 9:25 AM
**To:** mumbauer@gmail.com; Michael Mumbauer <mumbauer@hotmail.com>
**Subject:** TNM domain consolidation/audit

Hi Mike,

I'm reaching out because I'm auditing all of TNM's assets, and need to consolidate the TNM domain names into the TNM management account. Presently, these domain names are still in your Godaddy account.

This will require some action on your part as you'll need to "unlock" and generate "authorization codes" for each of the domains below to transfer them to us:

thatsnomoon.com
thatsnomoongame.com
thatsnomooninteractive.com

thatsnomoonentertainment.com
thatnomoonent.com
thatsnomooninc.com
thatsnomoontv.com
thatsnomoonfilm.com
thatsnomoonfilms.com
tnminteractive.com
tnmproductions.com
tnmgames.com

Godaddy provides concise instructions for this process: https://www.godaddy.com/help/transfer-my-domain-away-from-godaddy-3560
As well as a way to do this in bulk and export the Authorization codes: https://www.godaddy.com/help/get-authorization-code-via-download-19030

I have pretty open availability if you need any assistance with this process at all.

Thanks!

**Kyle Zetts**
Director, IT



https://thatsnomoon.com