VENABLE LLP
AMIT RANA (SBN 291912)
ARana@Venable.com
REBECCA B. HORTON (SBN 308052)
RBHorton@Venable.com
BERIT G. FITZSIMMONS (SBN 313520)
BGFitzsimmons@Venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:  415.653.3750
Facsimile:   415.653.3755

*Attorneys for Plaintiff*
*That's No Moon Entertainment Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAT'S NO MOON ENTERTAINMENT INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL MUMBAUER, an individual,<br><br>　　　　　　　　Defendant. | Case No. 2:26-cv-00542<br><br>**DECLARATION OF AMIT RANA IN SUPPORT OF PLAINTIFF THAT'S NO MOON ENTERTAINMENT INC.'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>Date: To Be Determined<br>Time: To Be Determined<br><br>Trial Date:  None set |

# DECLARATION OF AMIT RANA

I, Amit Rana, declare as follows:

1.   I am a member of the bar of the State of California and a partner at Venable LLP ("Venable"), attorneys for Plaintiff That's No Moon Entertainment Inc. ("TNM") in the above-captioned case.  Unless otherwise stated, matters referred to in this declaration are based on my personal knowledge, and if called upon to testify as a witness, I could and would testify competently to the facts set forth herein.

2.   On January 6, 2026, at my direction and under my supervision, Venable staff used the platform Iris Investigate by DomainTools to create domain information reports for each of the 13 domain names at issue in this litigation (collectively, "TNM Domains").  Each of those reports show "Michael Mumbauer" as the domain registrant.  A true and correct copy of those reports is attached as **Exhibit A**.

3.   On January 7, 2026, Venable sent Defendant Michael Mumbauer ("Defendant") a letter demanding that he cease and desist all interference with the TNM Domains.  A true and correct copy of the January 7, 2026 letter is attached as **Exhibit B**.  To my understanding, no one at Venable or TNM received any response from Defendant to the January 7, 2026 letter.

4.   On January 16, 2026, at my direction and under my supervision, Venable staff used the United States Patent and Trademark Office's website to obtain copies of the registration certificates for each of TNM's three federally registered trademarks.  A true and correct copy of those registration certificates is attached as **Exhibit C**.

5.   On January 20, 2026 at 1:09 p.m. PT, I provided notice to Defendant of TNM's forthcoming application for a temporary restraining order via an e-mail marked "high importance."  That e-mail informed Defendant of the application and the relief sought therein, and asked Defendant whether he planned to oppose.  The

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750

e-mail also attached the draft application, supporting declarations, a proposed order, and the Complaint filed in this matter. A true and correct copy of that e-mail is attached as **Exhibit D**.

6. I determined Defendant's possible e-mail addresses (mumbauer@yahoo.com; qdmumbauer@hotmail.com; mmumbauer@yahoo.com; mumbauer@hotmail.com; and mumbauer@gmail.com) based on his contact information at the time of the prior legal dispute with TNM, domain information reports, and a public records report. I received a bounce-back message for qdmumbauer@hotmail.com and mmumbauer@yahoo.com but not for any of the other e-mail addresses. I determined Defendant's home address (1121 Laurel Cove Ln., Encinitas, CA 92024) based on his contact information at the time of the prior legal dispute with TNM and a public records report.

7. On January 20, 2026 at 2:02 p.m. PT, Defendant responded to my e-mail noting that he had forwarded it to his counsel, that I should expect to hear from them, and that he planned to file "a wrongful termination countersuit" against TNM "seeking extensive damages." *See* **Exhibit D**.

8. After TNM's application for a temporary restraining order is filed with the Court, I will instruct a process server to personally serve true and correct copies of the complaint, summons, application for temporary restraining order, and all related and ancillary filings on Defendant at his last known address.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of January, 2026, in San Francisco, California.

      */s/ Amit Rana*
      Amit Rana