# EXHIBIT A



# Inspect: thatsnomoon.com

| DOMAIN PROFILE | DOMAIN HISTORY | SCREENSHOT HISTORY | WHOIS HISTORY | SSL PROFILE |

**TAGS**

**RISK SCORE**

## 15

**OVERALL SCORE**

| N/A | N/A | N/A | 15 |
|-----|-----|-----|-----|
| PHISHING | MALWARE | SPAM | PROXIMITY |

**ACTIVITY**

| | |
|---|---|
| Status | Active |
| First Seen | 2007-02-27 07:00 PM |
| Create Date | 2007-02-28 |
| Expiration Date | 2026-02-28 |

**RECENTLY RESOLVED AS**

| DOMAIN | IP ADDRESS | | COUNT | FIRST SEEN | LAST SEEN |
|--------|-----------|---|-------|-----------|-----------|
| www.thatsnomoon.com | 13.248.169.48 | 🔍 | 1 | 2026-01-06 12:08 PM | 2026-01-06 12:08 PM |
| horde.int.thatsnomoon.com | 13.248.169.48 | 🔍 | 1 | 2026-01-06 11:46 AM | 2026-01-06 11:46 AM |
| uecrash01.int.thatsnomoon.com | 13.248.169.48 | 🔍 | 1 | 2026-01-06 11:07 AM | 2026-01-06 11:07 AM |
| zen01.int.thatsnomoon.com | 13.248.169.48 | 🔍 | 1 | 2026-01-06 9:59 AM | 2026-01-06 9:59 AM |

IRIS INVESTIGATE

1/6/26, 3:21 PM                                    Iris Investigate - Domain Tools

| DOMAIN | | IP ADDRESS | COUNT | FIRST SEEN | LAST SEEN |
|---|---|---|---|---|---|
| ugs.int.thatsnomoon.com | | 13.248.169.48 🔍 | 1 | 2026-01-06 8:14 AM | 2026-01-06 8:14 AM |

ⓘ **Need more search results?**

### EMAILS

| mumbauer@hotmail.com (~ 21 domains) | ➡☰ SHOW RECENT SUBDOMAINS |
|---|---|

dns@jomax.net (~ 155,340,210 domains)

abuse@godaddy.com (~ 173,354,345 domains)

### REGISTRANT

| Name | Michael Mumbauer (~ 15 domains) |
|---|---|
| Country | United States of America - (US) |
| Organization | Michael Mumbauer (~ 13 domains) |

### REGISTRAR

| Name | GoDaddy.com, LLC |
|---|---|
| Status | clientdeleteprohibited, clientrenewprohibited, clienttransferprohibited, clientupdateprohibited |

### IP ADDRESSES

| **76.223.54.146** 🔍 (~ 11,128,598 domains) | |
|---|---|
| ASN | AS16509 |
| ISP | Amazon.com Inc. |
| Country | United States |
| Region | Colorado |
| City | Florence |

| **13.248.169.48** 🔍 (~ 11,132,405 domains) | |
|---|---|
| ASN | AS16509 |

| ISP | Amazon Technologies Inc. |
| Country | United States |
| Region | California |
| City | San Francisco |

## NAME SERVERS

ns3.afternic.com (~ 1,447,747 domains)

ns4.afternic.com (~ 1,446,701 domains)

## MAIL SERVERS

thatsnomoon-com.mail.protection.outlook.com (~ 1 domain)

## SSL PROFILE →

### 03e0f12d81406f88632a5546fa0e3d1d5d0d26ef

| Subject | CN=www.thatsnomoon.com |
| Issuer Common Name | R12 |
| Not After | 2026-02-14 |
| Not Before | 2025-11-16 |
| Duration | 90 days |

### b48a2e749614818acc59a40d3e8dcaa4bdc3d6cb

| Subject | CN=thatsnomoon.com |
| Issuer Common Name | E7 |
| Not After | 2026-02-11 |
| Not Before | 2025-11-13 |
| Duration | 90 days |

### 2b3ad1c34b48db3ef870ac1f24036474dde7eb23

| Subject | CN=thatsnomoon.com |
| Issuer Common Name | Go Daddy Secure Certificate Authority - G2 |
| Not After | 2026-07-23 |
| Not Before | 2026-01-06 |
| Duration | 199 days |

## WEBSITE

| Website Title | That's No Moon ☰ |
| Server Type | cloudflare |
| Website Response | 🟢 **200** OK |

**WHOIS**          RDAP

### MOST RECENT WHOIS RECORD (98 RECORDS SINCE 2004-03-12) →

```
Domain Name: thatsnomoon.com
Registry Domain ID: 845581261_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
        http://www.godaddy.com
Updated Date: 2020-09-29T13:24:25+00:00
        2026-01-06
Creation Date: 2007-02-28T18:40:21+00:00
        2007-02-28
Registrar Registration Expiration Date: 2026-02-28T18:40:21+00:00
        2026-02-28
Registrar: GoDaddy.com, LLC
Sponsoring Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Status:
        clientDeleteProhibited
        clientRenewProhibited
        clientTransferProhibited
        clientUpdateProhibited
Registry Registrant ID: Not Available From Registry
```

```
Registrant Name: REDACTED FOR PRIVACY (DT)
Registrant Organization:
Registrant Street: REDACTED FOR PRIVACY (DT)
Registrant City: REDACTED FOR PRIVACY (DT)
Registrant State/Province: California
Registrant Postal Code: REDACTED FOR PRIVACY (DT)
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY (DT)
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: REDACTED FOR PRIVACY (DT)
Registry Admin ID:
Admin Name:
Admin Organization:
Admin Street:
Admin City:
Admin State/Province:
Admin Postal Code:
Admin Country:
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:
Registry Tech ID: Not Available From Registry
Tech Name: REDACTED FOR PRIVACY (DT)
Tech Organization:
Tech Street: REDACTED FOR PRIVACY (DT)
Tech City: REDACTED FOR PRIVACY (DT)
Tech State/Province: California
Tech Postal Code: REDACTED FOR PRIVACY (DT)
Tech Country: US
Tech Phone: REDACTED FOR PRIVACY (DT)
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: REDACTED FOR PRIVACY (DT)
Registry Billing ID:
```

```
Billing Name:
Billing Organization:
Billing Street:
Billing City:
Billing State/Province:
Billing Postal Code:
Billing Country:
Billing Phone:
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email:
Nameservers:
        ns75.domaincontrol.com
        ns76.domaincontrol.com
DNSSEC: unsigned
```



dns@jomax.net (~ 155,340,353 domains)

mumbauer@hotmail.com ☰  (~ 21 domains)

abuse@godaddy.com (~ 173,354,575 domains)

## REGISTRANT

| | |
|---|---|
| Name | Michael Mumbauer ☰  (~ 15 domains) |
| Country | United States of America – (US) |
| Organization | Michael Mumbauer ☰  (~ 13 domains) |

## REGISTRAR

| | |
|---|---|
| Name | GoDaddy.com, LLC |
| Status | clientdeleteprohibited, clientrenewprohibited, clienttransferprohibited, clientupdateprohibited |

## IP ADDRESSES

### 15.197.148.33  🔍  (~ 26,772,704 domains)

| | |
|---|---|
| ASN | AS16509 |
| ISP | Amazon Technologies Inc. |
| Country | United States |
| Region | Texas |
| City | Dallas |

### 3.33.130.190  🔍  (~ 26,795,454 domains)

| | |
|---|---|
| ASN | AS16509 |
| ISP | Amazon Technologies Inc. |
| Country | United States |
| Region | New Jersey |
| City | Princeton |

## NAME SERVERS

1/6/26, 3:28 PM    Case 2:26-cv-00542-MWC-AGR    Document 6-7    Filed 01/20/26    Page 10 of 67    Page
Iris investigate - thatsnomoonent.com
ID #:105

ns46.domaincontrol.com (~ 5,103,025 domains)

ns45.domaincontrol.com (~ 5,103,576 domains)

SSL PROFILE →

### 3539600cdc42398ae4210e4187fa6c2712816554

| Subject | CN=thatsnomoonent.com |
|---|---|
| Issuer Common Name | Go Daddy Secure Certificate Authority - G2 |
| Not After | 2025-01-06 |
| Not Before | 2024-01-06 |
| Duration | 367 days |

### 96cb75ddf13edc59df0b3f32e97dbf5f71a57ebc

| Subject | CN=thatsnomoonent.com |
|---|---|
| Issuer Common Name | Go Daddy Secure Certificate Authority - G2 |
| Not After | 2026-07-21 |
| Not Before | 2026-01-04 |
| Duration | 199 days |

WHOIS                    RDAP

MOST RECENT WHOIS RECORD (24 RECORDS SINCE 2020-09-14) →

```
Domain Name: thatsnomoonent.com
Registry Domain ID: 2559603556_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
        http://www.godaddy.com
Updated Date: 2024-09-14T07:45:18+00:00
        2026-01-06
Creation Date: 2020-09-13T16:31:43+00:00
        2020-09-13
Registrar Registration Expiration Date: 2026-09-13T16:31:43+00:00
```

```
                 2026-09-13
Registrar: GoDaddy.com, LLC
Sponsoring Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Status:
          clientDeleteProhibited
          clientRenewProhibited
          clientTransferProhibited
          clientUpdateProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: REDACTED FOR PRIVACY (DT)
Registrant Organization:
Registrant Street: REDACTED FOR PRIVACY (DT)
Registrant City: REDACTED FOR PRIVACY (DT)
Registrant State/Province: California
Registrant Postal Code: REDACTED FOR PRIVACY (DT)
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY (DT)
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: REDACTED FOR PRIVACY (DT)
Registry Admin ID:
Admin Name:
Admin Organization:
Admin Street:
Admin City:
Admin State/Province:
Admin Postal Code:
Admin Country:
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:
Registry Tech ID: Not Available From Registry
Tech Name: REDACTED FOR PRIVACY (DT)
Tech Organization:
```

```
Tech Street: REDACTED FOR PRIVACY (DT)
Tech City: REDACTED FOR PRIVACY (DT)
Tech State/Province: California
Tech Postal Code: REDACTED FOR PRIVACY (DT)
Tech Country: US
Tech Phone: REDACTED FOR PRIVACY (DT)
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: REDACTED FOR PRIVACY (DT)
Registry Billing ID:
Billing Name:
Billing Organization:
Billing Street:
Billing City:
Billing State/Province:
Billing Postal Code:
Billing Country:
Billing Phone:
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email:
Nameservers:
        ns45.domaincontrol.com
        ns46.domaincontrol.com
DNSSEC: unsigned
```

≡ IRIS INVESTIGATE                                    ⚙ **DomainTools**

🔍 Inspect: thatsnomoonentertainment.com

**DOMAIN PROFILE** | DOMAIN HISTORY | SCREENSHOT HISTORY | WHOIS HISTORY | SSL PROFILE

TAGS

RISK SCORE

## 15

**OVERALL SCORE**

| N/A | N/A | N/A | 15 |
|---|---|---|---|
| PHISHING | MALWARE | SPAM | PROXIMITY |

ACTIVITY

| Status | Active |
|---|---|
| First Seen | 2020-08-01 08:00 PM |
| Create Date | 2020-08-01 |
| Expiration Date | 2026-08-01 |

RECENTLY RESOLVED AS

No subdomains found for this domain.

ⓘ **Need more search results?**
Consider adding [ Passive DNS ] to Iris Investigate.

→Ξ SHOW RECENT SUBDOMAINS

EMAILS

mumbauer@hotmail.com (~ 21 domains)

abuse@godaddy.com (~ 173,354,710 domains)

dns@jomax.net (~ 155,340,381 domains)

## REGISTRANT

| | | |
|---|---|---|
| Name | Michael Mumbauer | (~ 15 domains) |
| Country | United States of America – (US) | |
| Organization | Michael Mumbauer | (~ 13 domains) |

## REGISTRAR

| | |
|---|---|
| Name | GoDaddy.com, LLC |
| Status | clientdeleteprohibited, clientrenewprohibited, clienttransferprohibited, clientupdateprohibited |

## IP ADDRESSES

**3.33.130.190**   🔍   (~ 26,795,473 domains)

| | |
|---|---|
| ASN | AS16509 |
| ISP | Amazon Technologies Inc. |
| Country | United States |
| Region | New Jersey |
| City | Princeton |

**15.197.148.33**   🔍   (~ 26,772,724 domains)

| | |
|---|---|
| ASN | AS16509 |
| ISP | Amazon Technologies Inc. |
| Country | United States |
| Region | Texas |
| City | Dallas |

## NAME SERVERS

ns66.domaincontrol.com (~ 5,481,621 domains)

ns65.domaincontrol.com (~ 5,481,300 domains)

SSL PROFILE →

### 39f7e04fb423f35a4169b66a77e6652d5d5d86f7

| | |
|---|---|
| Subject | CN=thatsnomoonentertainment.com |
| Issuer Common Name | Go Daddy Secure Certificate Authority - G2 |
| Not After | 2026-06-21 |
| Not Before | 2025-06-21 |
| Duration | 366 days |

WHOIS                    RDAP

MOST RECENT WHOIS RECORD (24 RECORDS SINCE 2020-08-02) →

```
Domain Name: thatsnomoonentertainment.com
Registry Domain ID: 2550240949_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
        http://www.godaddy.com
Updated Date: 2024-08-02T08:02:00+00:00
        2026-01-06
Creation Date: 2020-08-01T17:57:36+00:00
        2020-08-01
Registrar Registration Expiration Date: 2026-08-01T17:57:36+00:00
        2026-08-01
Registrar: GoDaddy.com, LLC
Sponsoring Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Status:
        clientDeleteProhibited
        clientRenewProhibited
        clientTransferProhibited
        clientUpdateProhibited
```

```
Registry Registrant ID: Not Available From Registry
Registrant Name: REDACTED FOR PRIVACY (DT)
Registrant Organization:
Registrant Street: REDACTED FOR PRIVACY (DT)
Registrant City: REDACTED FOR PRIVACY (DT)
Registrant State/Province: California
Registrant Postal Code: REDACTED FOR PRIVACY (DT)
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY (DT)
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: REDACTED FOR PRIVACY (DT)
Registry Admin ID:
Admin Name:
Admin Organization:
Admin Street:
Admin City:
Admin State/Province:
Admin Postal Code:
Admin Country:
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:
Registry Tech ID: Not Available From Registry
Tech Name: REDACTED FOR PRIVACY (DT)
Tech Organization:
Tech Street: REDACTED FOR PRIVACY (DT)
Tech City: REDACTED FOR PRIVACY (DT)
Tech State/Province: California
Tech Postal Code: REDACTED FOR PRIVACY (DT)
Tech Country: US
Tech Phone: REDACTED FOR PRIVACY (DT)
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: REDACTED FOR PRIVACY (DT)
```

```
Registry Billing ID:
Billing Name:
Billing Organization:
Billing Street:
Billing City:
Billing State/Province:
Billing Postal Code:
Billing Country:
Billing Phone:
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email:
Nameservers:
        ns65.domaincontrol.com
        ns66.domaincontrol.com
DNSSEC: unsigned
```

## ☰ IRIS INVESTIGATE                                    ◈ DomainTools ⠿

## 🔍 Inspect: thatsnomoonfilm.com

**DOMAIN PROFILE**  DOMAIN HISTORY   SCREENSHOT HISTORY   WHOIS HISTORY   SSL PROFILE

### TAGS

### RISK SCORE

## 15

### OVERALL SCORE

| N/A | N/A | N/A | 15 |
|-----|-----|-----|----|
| PHISHING | MALWARE | SPAM | PROXIMITY |

### ACTIVITY

| | |
|---|---|
| Status | Active |
| First Seen | 2020-09-12 08:00 PM |
| Create Date | 2020-09-13 |
| Expiration Date | 2026-09-13 |

### RECENTLY RESOLVED AS

## No subdomains found for this domain.

  **Need more search results?**
Consider adding [ Passive DNS ] to Iris Investigate.

➡☰ SHOW RECENT SUBDOMAINS

### EMAILS

dns@jomax.net (~ 155,340,315 domains)

abuse@godaddy.com (~ 173,354,639 domains)

mumbauer@hotmail.com ☰ (~ 21 domains)

## REGISTRANT

| | | |
|---|---|---|
| Name | Michael Mumbauer ☰ (~ 15 domains) | |
| Country | United States of America – (US) | |
| Organization | Michael Mumbauer ☰ (~ 13 domains) | |

## REGISTRAR

| | |
|---|---|
| Name | GoDaddy.com, LLC |
| Status | clientdeleteprohibited, clientrenewprohibited, clienttransferprohibited, clientupdateprohibited |

## IP ADDRESSES

### 3.33.130.190 🔍 (~ 26,795,436 domains)

| | |
|---|---|
| ASN | AS16509 |
| ISP | Amazon Technologies Inc. |
| Country | United States |
| Region | New Jersey |
| City | Princeton |

### 15.197.148.33 🔍 (~ 26,772,687 domains)

| | |
|---|---|
| ASN | AS16509 |
| ISP | Amazon Technologies Inc. |
| Country | United States |
| Region | Texas |
| City | Dallas |

## NAME SERVERS

ns11.domaincontrol.com (~ 5,664,335 domains)

ns12.domaincontrol.com (~ 5,665,387 domains)

SSL PROFILE →

## e2c3189f67cb07d4c0d04fa747d6fd3d42916d56

| | |
|---|---|
| Subject | CN=www.funeraltab.com |
| Issuer Common Name | Go Daddy Secure Certificate Authority - G2 |
| Not After | 2025-10-24 |
| Not Before | 2024-10-24 |
| Duration | 366 days |

## e09b14939c0540e6a652c223c30a250c4a0a219f

| | |
|---|---|
| Subject | CN=thatsnomoonfilm.com |
| Issuer Common Name | Go Daddy Secure Certificate Authority - G2 |
| Not After | 2026-10-23 |
| Not Before | 2025-10-23 |
| Duration | 366 days |

WHOIS                    RDAP

MOST RECENT WHOIS RECORD (24 RECORDS SINCE 2020-09-13) →

```
Domain Name: thatsnomoonfilm.com
Registry Domain ID: 2559603559_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
        http://www.godaddy.com
Updated Date: 2024-09-14T07:45:18+00:00
        2026-01-06
Creation Date: 2020-09-13T16:31:43+00:00
        2020-09-13
Registrar Registration Expiration Date: 2026-09-13T16:31:43+00:00
```

```
                2026-09-13
Registrar: GoDaddy.com, LLC
Sponsoring Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Status:
        clientDeleteProhibited
        clientRenewProhibited
        clientTransferProhibited
        clientUpdateProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: REDACTED FOR PRIVACY (DT)
Registrant Organization:
Registrant Street: REDACTED FOR PRIVACY (DT)
Registrant City: REDACTED FOR PRIVACY (DT)
Registrant State/Province: California
Registrant Postal Code: REDACTED FOR PRIVACY (DT)
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY (DT)
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: REDACTED FOR PRIVACY (DT)
Registry Admin ID:
Admin Name:
Admin Organization:
Admin Street:
Admin City:
Admin State/Province:
Admin Postal Code:
Admin Country:
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:
Registry Tech ID: Not Available From Registry
Tech Name: REDACTED FOR PRIVACY (DT)
Tech Organization:
```

```
Tech Street: REDACTED FOR PRIVACY (DT)
Tech City: REDACTED FOR PRIVACY (DT)
Tech State/Province: California
Tech Postal Code: REDACTED FOR PRIVACY (DT)
Tech Country: US
Tech Phone: REDACTED FOR PRIVACY (DT)
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: REDACTED FOR PRIVACY (DT)
Registry Billing ID:
Billing Name:
Billing Organization:
Billing Street:
Billing City:
Billing State/Province:
Billing Postal Code:
Billing Country:
Billing Phone:
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email:
Nameservers:
        ns11.domaincontrol.com
        ns12.domaincontrol.com
DNSSEC: unsigned
```



abuse@godaddy.com (~ 173,354,644 domains)

dns@jomax.net (~ 155,340,303 domains)

mumbauer@hotmail.com (~ 21 domains)

## REGISTRANT

| | |
|---|---|
| Name | Michael Mumbauer (~ 15 domains) |
| Country | United States of America – (US) |
| Organization | Michael Mumbauer (~ 13 domains) |

## REGISTRAR

| | |
|---|---|
| Name | GoDaddy.com, LLC |
| Status | clientdeleteprohibited, clientrenewprohibited, clienttransferprohibited, clientupdateprohibited |

## IP ADDRESSES

### 15.197.148.33 🔍  (~ 26,772,686 domains)

| | |
|---|---|
| ASN | AS16509 |
| ISP | Amazon Technologies Inc. |
| Country | United States |
| Region | Texas |
| City | Dallas |

### 3.33.130.190 🔍  (~ 26,795,435 domains)

| | |
|---|---|
| ASN | AS16509 |
| ISP | Amazon Technologies Inc. |

✓ **Queuing Successful**

This domain has been queued for a web content update. Please check back soon.

1/6/26, 3:31 PM

Case 2:26-cv-00542-MWC-AGR    Document 6-7    iris investigate | domaintools.    Filed 01/20/26    Page 25 of 67    Page ID #:120

ns07.domaincontrol.com (~ 5,475,891 domains)

ns08.domaincontrol.com (~ 5,476,124 domains)

SSL PROFILE →

### f5971f44708b3d5959c09870a7b059a17e68e2c9

| | |
|---|---|
| Subject | CN=www.thatsnomoonfilms.com |
| Issuer Common Name | Go Daddy Secure Certificate Authority - G2 |
| Not After | 2026-08-14 |
| Not Before | 2025-08-14 |
| Duration | 366 days |

### 250f4e130db33fce7a44cf7912ba4032d1fdd5d2

| | |
|---|---|
| Subject | CN=thatsnomoonfilms.com |
| Issuer Common Name | Go Daddy Secure Certificate Authority - G2 |
| Not After | 2026-02-03 |
| Not Before | 2025-02-03 |
| Duration | 366 days |

WHOIS                    RDAP

MOST RECENT WHOIS RECORD (24 RECORDS SINCE 2020-09-14) →

```
Domain Name: thatsnomoonfilms.com
Registry Domain ID: 2559603554_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
```

 **Queuing Successful**

This domain has been queued
for a web content update.
Please check back soon.

```
Registrar Registration Expiration Date: 2026-09-13T16:31:43+00:00
```

```
                  2026-09-13
Registrar: GoDaddy.com, LLC
Sponsoring Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Status:
        clientDeleteProhibited
        clientRenewProhibited
        clientTransferProhibited
        clientUpdateProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: REDACTED FOR PRIVACY (DT)
Registrant Organization:
Registrant Street: REDACTED FOR PRIVACY (DT)
Registrant City: REDACTED FOR PRIVACY (DT)
Registrant State/Province: California
Registrant Postal Code: REDACTED FOR PRIVACY (DT)
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY (DT)
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: REDACTED FOR PRIVACY (DT)
Registry Admin ID:
Admin Name:
Admin Organization:
Admin Street:
Admin City:
Admin State/Province:
Admin Postal Code:
Admin Country:
Admin Phone:
```

**Queuing Successful**

This domain has been queued
for a web content update.
Please check back soon.

```
Tech Name: REDACTED FOR PRIVACY (DT)
Tech Organization:
```

```
Tech Street: REDACTED FOR PRIVACY (DT)
Tech City: REDACTED FOR PRIVACY (DT)
Tech State/Province: California
Tech Postal Code: REDACTED FOR PRIVACY (DT)
Tech Country: US
Tech Phone: REDACTED FOR PRIVACY (DT)
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: REDACTED FOR PRIVACY (DT)
Registry Billing ID:
Billing Name:
Billing Organization:
Billing Street:
Billing City:
Billing State/Province:
Billing Postal Code:
Billing Country:
Billing Phone:
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email:
Nameservers:
        ns07.domaincontrol.com
        ns08.domaincontrol.com
DNSSEC: unsigned
```

 **Queuing Successful**

This domain has been queued for a web content update. Please check back soon.

Iris Investigate | DomainTools

☰ IRIS INVESTIGATE                                                          ⚙ DomainTools ⠿

🔍 Inspect: thatsnomoongames.com

| DOMAIN PROFILE | DOMAIN HISTORY | SCREENSHOT HISTORY | WHOIS HISTORY | SSL PROFILE |

### TAGS

### RISK SCORE

## 15

**OVERALL SCORE**

| N/A | N/A | N/A | 15 |
|:---:|:---:|:---:|:---:|
| PHISHING | MALWARE | SPAM | PROXIMITY |

### ACTIVITY

| | |
|---|---|
| Status | Active |
| First Seen | 2020-07-31 08:00 PM |
| Create Date | 2020-08-01 |
| Expiration Date | 2026-08-01 |

### RECENTLY RESOLVED AS

| DOMAIN | IP ADDRESS | COUNT | FIRST SEEN | LAST SEEN |
|---|---|---|---|---|
| www.thatsnomoongames.com | 166.82.21.163 🔍 | 1 | 2015-03-04 2:01 PM | 2015-03-04 2:01 PM |

ⓘ **Need more search results?**
Consider adding [ Passive DNS ] to Iris Investigate.

⟶☰ SHOW RECENT SUBDOMAINS

## EMAILS

dns@jomax.net (~ 155,340,398 domains)

abuse@godaddy.com (~ 173,354,691 domains)

mumbauer@hotmail.com 📋 (~ 21 domains)

## REGISTRANT

| | | |
|---|---|---|
| Name | Michael Mumbauer 📋 | (~ 15 domains) |
| Country | United States of America – (US) | |
| Organization | Michael Mumbauer 📋 | (~ 13 domains) |

## REGISTRAR

| | |
|---|---|
| Name | GoDaddy.com, LLC |
| Status | clientdeleteprohibited, clientrenewprohibited, clienttransferprohibited, clientupdateprohibited |

## IP ADDRESSES

### 15.197.148.33 🔍 (~ 26,772,724 domains)

| | |
|---|---|
| ASN | AS16509 |
| ISP | Amazon Technologies Inc. |
| Country | United States |
| Region | Texas |
| City | Dallas |

### 3.33.130.190 🔍 (~ 26,795,473 domains)

| | |
|---|---|
| ASN | AS16509 |
| ISP | Amazon Technologies Inc. |
| Country | United States |
| Region | New Jersey |
| City | Princeton |

## NAME SERVERS

ns37.domaincontrol.com (~ 5,706,153 domains)

ns38.domaincontrol.com (~ 5,706,195 domains)

SSL PROFILE →

### c4690e748edb3f38d2c1ad18a8f34159ec932359

| | |
|---|---|
| Subject | CN=thatsnomoongames.com |
| Issuer Common Name | Go Daddy Secure Certificate Authority - G2 |
| Not After | 2026-10-15 |
| Not Before | 2025-10-15 |
| Duration | 366 days |

### 73a4dc7478ab3001d8c800a9c412d1e2d95441c3

| | |
|---|---|
| Subject | CN=thatsnomoongames.com |
| Issuer Common Name | Go Daddy Secure Certificate Authority - G2 |
| Not After | 2026-10-15 |
| Not Before | 2025-10-15 |
| Duration | 366 days |

| WHOIS | RDAP |
|---|---|

MOST RECENT WHOIS RECORD (38 RECORDS SINCE 2013-04-08) →

```
Domain Name: thatsnomoongames.com
Registry Domain ID: 2550240947_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
        http://www.godaddy.com
Updated Date: 2024-08-02T08:02:00+00:00
        2026-01-06
Creation Date: 2020-08-01T17:57:36+00:00
        2020-08-01
Registrar Registration Expiration Date: 2026-08-01T17:57:36+00:00
```

```
        2026-08-01
Registrar: GoDaddy.com, LLC
Sponsoring Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Status:
        clientDeleteProhibited
        clientRenewProhibited
        clientTransferProhibited
        clientUpdateProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: REDACTED FOR PRIVACY (DT)
Registrant Organization:
Registrant Street: REDACTED FOR PRIVACY (DT)
Registrant City: REDACTED FOR PRIVACY (DT)
Registrant State/Province: California
Registrant Postal Code: REDACTED FOR PRIVACY (DT)
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY (DT)
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: REDACTED FOR PRIVACY (DT)
Registry Admin ID:
Admin Name:
Admin Organization:
Admin Street:
Admin City:
Admin State/Province:
Admin Postal Code:
Admin Country:
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:
Registry Tech ID: Not Available From Registry
Tech Name: REDACTED FOR PRIVACY (DT)
Tech Organization:
```

```
Tech Street: REDACTED FOR PRIVACY (DT)
Tech City: REDACTED FOR PRIVACY (DT)
Tech State/Province: California
Tech Postal Code: REDACTED FOR PRIVACY (DT)
Tech Country: US
Tech Phone: REDACTED FOR PRIVACY (DT)
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: REDACTED FOR PRIVACY (DT)
Registry Billing ID:
Billing Name:
Billing Organization:
Billing Street:
Billing City:
Billing State/Province:
Billing Postal Code:
Billing Country:
Billing Phone:
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email:
Nameservers:
        ns37.domaincontrol.com
        ns38.domaincontrol.com
DNSSEC: unsigned
```

## IRIS INVESTIGATE

### 🔍 Inspect: thatsnomooninc.com

| DOMAIN PROFILE | DOMAIN HISTORY | SCREENSHOT HISTORY | WHOIS HISTORY | SSL PROFILE |
|---|---|---|---|---|

**TAGS**

**RISK SCORE**

## 15

### OVERALL SCORE

| N/A | N/A | N/A | 15 |
|---|---|---|---|
| PHISHING | MALWARE | SPAM | PROXIMITY |

**ACTIVITY**

| | |
|---|---|
| Status | Active |
| First Seen | 2020-09-13 08:00 PM |
| Create Date | 2020-09-13 |
| Expiration Date | 2026-09-13 |

**RECENTLY RESOLVED AS**

## No subdomains found for this domain.

ⓘ **Need more search results?**
Consider adding [ Passive DNS ] to Iris Investigate.

→≡ SHOW RECENT SUBDOMAINS

**EMAILS**

dns@jomax.net (~ 155,340,339 domains)

abuse@godaddy.com (~ 173,354,606 domains)

mumbauer@hotmail.com ☰ (~ 21 domains)

## REGISTRANT

| | | |
|---|---|---|
| Name | Michael Mumbauer ☰ (~ 15 domains) | |
| Country | United States of America – (US) | |
| Organization | Michael Mumbauer ☰ (~ 13 domains) | |

## REGISTRAR

| | |
|---|---|
| Name | GoDaddy.com, LLC |
| Status | clientdeleteprohibited, clientrenewprohibited, clienttransferprohibited, clientupdateprohibited |

## IP ADDRESSES

**15.197.148.33**  🔍  (~ 26,772,698 domains)

| | |
|---|---|
| ASN | AS16509 |
| ISP | Amazon Technologies Inc. |
| Country | United States |
| Region | Texas |
| City | Dallas |

**3.33.130.190**  🔍  (~ 26,795,448 domains)

| | |
|---|---|
| ASN | AS16509 |
| ISP | Amazon Technologies Inc. |
| Country | United States |
| Region | New Jersey |
| City | Princeton |

## NAME SERVERS

ns07.domaincontrol.com (~ 5,475,890 domains)

ns08.domaincontrol.com (~ 5,476,123 domains)

SSL PROFILE →

### b0dccaa9b0990df1cb2799cff4d7ec5a7bec2fbd

| | |
|---|---|
| Subject | CN=www.thatsnomooninc.com |
| Issuer Common Name | Go Daddy Secure Certificate Authority - G2 |
| Not After | 2026-07-15 |
| Not Before | 2025-07-15 |
| Duration | 366 days |

### 09da2acf1610d51ae00202f7660c9ce472d7730a

| | |
|---|---|
| Subject | CN=thatsnomooninc.com |
| Issuer Common Name | Go Daddy Secure Certificate Authority - G2 |
| Not After | 2026-07-10 |
| Not Before | 2025-12-24 |
| Duration | 199 days |

WHOIS                          RDAP

MOST RECENT WHOIS RECORD (24 RECORDS SINCE 2020-09-14) →

```
Domain Name: thatsnomooninc.com
Registry Domain ID: 2559603557_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
        http://www.godaddy.com
Updated Date: 2024-09-14T07:45:17+00:00
        2026-01-06
Creation Date: 2020-09-13T16:31:43+00:00
        2020-09-13
Registrar Registration Expiration Date: 2026-09-13T16:31:43+00:00
```

```
                  2026-09-13
Registrar: GoDaddy.com, LLC
Sponsoring Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Status:
        clientDeleteProhibited
        clientRenewProhibited
        clientTransferProhibited
        clientUpdateProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: REDACTED FOR PRIVACY (DT)
Registrant Organization:
Registrant Street: REDACTED FOR PRIVACY (DT)
Registrant City: REDACTED FOR PRIVACY (DT)
Registrant State/Province: California
Registrant Postal Code: REDACTED FOR PRIVACY (DT)
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY (DT)
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: REDACTED FOR PRIVACY (DT)
Registry Admin ID:
Admin Name:
Admin Organization:
Admin Street:
Admin City:
Admin State/Province:
Admin Postal Code:
Admin Country:
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:
Registry Tech ID: Not Available From Registry
Tech Name: REDACTED FOR PRIVACY (DT)
Tech Organization:
```

```
Tech Street: REDACTED FOR PRIVACY (DT)
Tech City: REDACTED FOR PRIVACY (DT)
Tech State/Province: California
Tech Postal Code: REDACTED FOR PRIVACY (DT)
Tech Country: US
Tech Phone: REDACTED FOR PRIVACY (DT)
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: REDACTED FOR PRIVACY (DT)
Registry Billing ID:
Billing Name:
Billing Organization:
Billing Street:
Billing City:
Billing State/Province:
Billing Postal Code:
Billing Country:
Billing Phone:
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email:
Nameservers:
        ns07.domaincontrol.com
        ns08.domaincontrol.com
DNSSEC: unsigned
```

≡   IRIS INVESTIGATE                                                      DomainTools  ▦

🔍 Inspect: thatsnomooninteractive.com

DOMAIN PROFILE    DOMAIN HISTORY    SCREENSHOT HISTORY    WHOIS HISTORY    SSL PROFILE

**TAGS**

**RISK SCORE**

## 15
### OVERALL SCORE

| N/A | N/A | N/A | 15 |
|-----|-----|-----|-----|
| PHISHING | MALWARE | SPAM | PROXIMITY |

**ACTIVITY**

| Status | Active |
|---|---|
| First Seen | 2020-08-01 08:00 PM |
| Create Date | 2020-08-01 |
| Expiration Date | 2026-08-01 |

**RECENTLY RESOLVED AS**

No subdomains found for this domain.

ℹ️ **Need more search results?**
Consider adding [ Passive DNS ] to Iris Investigate.

�search SHOW RECENT SUBDOMAINS

**EMAILS**

1/6/26, 3:34 PM
Iris Investigate - DomainTools

abuse@godaddy.com(~ 173,354,702 domains)

dns@jomax.net (~ 155,340,390 domains)

mumbauer@hotmail.com ☰ (~ 21 domains)

## REGISTRANT

| | | |
|---|---|---|
| Name | Michael Mumbauer ☰ (~ 15 domains) | |
| Country | United States of America – (US) | |
| Organization | Michael Mumbauer ☰ (~ 13 domains) | |

## REGISTRAR

| | |
|---|---|
| Name | GoDaddy.com, LLC |
| Status | clientdeleteprohibited, clientrenewprohibited, clienttransferprohibited, clientupdateprohibited |

## IP ADDRESSES

### 15.197.148.33   🔍   (~ 26,772,724 domains)

| | |
|---|---|
| ASN | AS16509 |
| ISP | Amazon Technologies Inc. |
| Country | United States |
| Region | Texas |
| City | Dallas |

### 3.33.130.190   🔍   (~ 26,795,473 domains)

| | |
|---|---|
| ASN | AS16509 |
| ISP | Amazon Technologies Inc. |
| Country | United States |
| Region | New Jersey |
| City | Princeton |

## NAME SERVERS

ns37.domaincontrol.com (~ 5,706,153 domains)

ns38.domaincontrol.com (~ 5,706,195 domains)

SSL PROFILE  →

## 04aac4f3e23de5be7b2ee9b8b586fdb4f3a4e7e1

| | |
|---|---|
| Subject | CN=thatsnomooninteractive.com |
| Issuer Common Name | Go Daddy Secure Certificate Authority - G2 |
| Not After | 2026-04-16 |
| Not Before | 2025-04-16 |
| Duration | 365 days |

| WHOIS | RDAP |
|---|---|

MOST RECENT WHOIS RECORD (24 RECORDS SINCE 2020-08-02)  →

```
Domain Name: thatsnomooninteractive.com
Registry Domain ID: 2550240948_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
        http://www.godaddy.com
Updated Date: 2024-08-02T08:02:00+00:00
        2026-01-06
Creation Date: 2020-08-01T17:57:36+00:00
        2020-08-01
Registrar Registration Expiration Date: 2026-08-01T17:57:36+00:00
        2026-08-01
Registrar: GoDaddy.com, LLC
Sponsoring Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Status:
        clientDeleteProhibited
        clientRenewProhibited
        clientTransferProhibited
        clientUpdateProhibited
```

```
Registry Registrant ID: Not Available From Registry
Registrant Name: REDACTED FOR PRIVACY (DT)
Registrant Organization:
Registrant Street: REDACTED FOR PRIVACY (DT)
Registrant City: REDACTED FOR PRIVACY (DT)
Registrant State/Province: California
Registrant Postal Code: REDACTED FOR PRIVACY (DT)
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY (DT)
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: REDACTED FOR PRIVACY (DT)
Registry Admin ID:
Admin Name:
Admin Organization:
Admin Street:
Admin City:
Admin State/Province:
Admin Postal Code:
Admin Country:
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:
Registry Tech ID: Not Available From Registry
Tech Name: REDACTED FOR PRIVACY (DT)
Tech Organization:
Tech Street: REDACTED FOR PRIVACY (DT)
Tech City: REDACTED FOR PRIVACY (DT)
Tech State/Province: California
Tech Postal Code: REDACTED FOR PRIVACY (DT)
Tech Country: US
Tech Phone: REDACTED FOR PRIVACY (DT)
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: REDACTED FOR PRIVACY (DT)
```

```
Registry Billing ID:
Billing Name:
Billing Organization:
Billing Street:
Billing City:
Billing State/Province:
Billing Postal Code:
Billing Country:
Billing Phone:
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email:
Nameservers:
        ns37.domaincontrol.com
        ns38.domaincontrol.com
DNSSEC: unsigned
```

# IRIS INVESTIGATE

DomainTools

## 🔍 Inspect: thatsnomoontv.com

| DOMAIN PROFILE | DOMAIN HISTORY | SCREENSHOT HISTORY | WHOIS HISTORY | SSL PROFILE |

### TAGS

### RISK SCORE

## 15

**OVERALL SCORE**

| N/A | N/A | N/A | 15 |
|-----|-----|-----|-----|
| PHISHING | MALWARE | SPAM | PROXIMITY |

### ACTIVITY

| Status | Active |
|---|---|
| First Seen | 2020-09-13 08:00 PM |
| Create Date | 2020-09-13 |
| Expiration Date | 2026-09-13 |

### RECENTLY RESOLVED AS

## No subdomains found for this domain.

ⓘ **Need more search results?**
Consider adding [ Passive DNS ] to Iris Investigate.

→☰ SHOW RECENT SUBDOMAINS

### EMAILS

dns@jomax.net (~ 155,340,335 domains)

mumbauer@hotmail.com (~ 21 domains)

abuse@godaddy.com (~ 173,354,620 domains)

## REGISTRANT

| | | |
|---|---|---|
| Name | Michael Mumbauer (~ 15 domains) | |
| Country | United States of America – (US) | |
| Organization | Michael Mumbauer (~ 13 domains) | |

## REGISTRAR

| | |
|---|---|
| Name | GoDaddy.com, LLC |
| Status | clientdeleteprohibited, clientrenewprohibited, clienttransferprohibited, clientupdateprohibited |

## IP ADDRESSES

### 15.197.148.33   (~ 26,772,693 domains)

| | |
|---|---|
| ASN | AS16509 |
| ISP | Amazon Technologies Inc. |
| Country | United States |
| Region | Texas |
| City | Dallas |

### 3.33.130.190   (~ 26,795,442 domains)

| | |
|---|---|
| ASN | AS16509 |
| ISP | Amazon Technologies Inc. |
| Country | United States |
| Region | New Jersey |
| City | Princeton |

## NAME SERVERS

ns46.domaincontrol.com (~ 5,103,024 domains)

ns45.domaincontrol.com (~ 5,103,575 domains)

SSL PROFILE →

## 41f10106e58b892b6d73fa9d835bbba45534c9ff

| | |
|---|---|
| Subject | CN=www.thatsnomoontv.com |
| Issuer Common Name | Go Daddy Secure Certificate Authority - G2 |
| Not After | 2026-07-28 |
| Not Before | 2025-07-28 |
| Duration | 366 days |

## a1ee8354fbd61c55cf1f35cefecf06a6f2eb2e58

| | |
|---|---|
| Subject | CN=thatsnomoontv.com |
| Issuer Common Name | Go Daddy Secure Certificate Authority - G2 |
| Not After | 2026-10-19 |
| Not Before | 2025-10-19 |
| Duration | 366 days |

WHOIS                    RDAP

MOST RECENT WHOIS RECORD (24 RECORDS SINCE 2020-09-14) →

```
Domain Name: thatsnomoontv.com
Registry Domain ID: 2559603555_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
        http://www.godaddy.com
Updated Date: 2024-09-14T07:45:18+00:00
        2026-01-06
Creation Date: 2020-09-13T16:31:43+00:00
        2020-09-13
Registrar Registration Expiration Date: 2026-09-13T16:31:43+00:00
```

```
            2026-09-13
Registrar: GoDaddy.com, LLC
Sponsoring Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Status:
        clientDeleteProhibited
        clientRenewProhibited
        clientTransferProhibited
        clientUpdateProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: REDACTED FOR PRIVACY (DT)
Registrant Organization:
Registrant Street: REDACTED FOR PRIVACY (DT)
Registrant City: REDACTED FOR PRIVACY (DT)
Registrant State/Province: California
Registrant Postal Code: REDACTED FOR PRIVACY (DT)
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY (DT)
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: REDACTED FOR PRIVACY (DT)
Registry Admin ID:
Admin Name:
Admin Organization:
Admin Street:
Admin City:
Admin State/Province:
Admin Postal Code:
Admin Country:
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:
Registry Tech ID: Not Available From Registry
Tech Name: REDACTED FOR PRIVACY (DT)
Tech Organization:
```

```
Tech Street: REDACTED FOR PRIVACY (DT)
Tech City: REDACTED FOR PRIVACY (DT)
Tech State/Province: California
Tech Postal Code: REDACTED FOR PRIVACY (DT)
Tech Country: US
Tech Phone: REDACTED FOR PRIVACY (DT)
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: REDACTED FOR PRIVACY (DT)
Registry Billing ID:
Billing Name:
Billing Organization:
Billing Street:
Billing City:
Billing State/Province:
Billing Postal Code:
Billing Country:
Billing Phone:
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email:
Nameservers:
        ns45.domaincontrol.com
        ns46.domaincontrol.com
DNSSEC: unsigned
```

☰   IRIS INVESTIGATE                                      ⚙ **DomainTools**   ⠿

# 🔍 Inspect: tnmgames.com

| **DOMAIN PROFILE** | DOMAIN HISTORY | SCREENSHOT HISTORY | WHOIS HISTORY | SSL PROFILE |
| --- | --- | --- | --- | --- |

### TAGS

### RISK SCORE

## 15

**OVERALL SCORE**

| N/A | N/A | N/A | 15 |
| --- | --- | --- | --- |
| PHISHING | MALWARE | SPAM | PROXIMITY |

### ACTIVITY

| Status | Active |
| --- | --- |
| First Seen | 2020-09-20 08:00 PM |
| Create Date | 2020-09-19 |
| Expiration Date | 2026-09-20 |

### RECENTLY RESOLVED AS

## No subdomains found for this domain.

ℹ **Need more search results?**
Consider adding [ Passive DNS ] to Iris Investigate.

➜☰ SHOW RECENT SUBDOMAINS

### EMAILS

dns@jomax.net(~ 155,340,342 domains)

mumbauer@hotmail.com ☰ (~ 21 domains)

abuse@godaddy.com(~ 173,354,431 domains)

## REGISTRANT

| | | |
|---|---|---|
| Name | Michael Mumbauer ☰ (~ 15 domains) | |
| Country | United States of America – (US) | |
| Organization | Michael Mumbauer ☰ (~ 13 domains) | |

## REGISTRAR

| | |
|---|---|
| Name | GoDaddy.com, LLC |
| Status | clientdeleteprohibited, clientrenewprohibited, clienttransferprohibited, clientupdateprohibited |

## IP ADDRESSES

### 15.197.148.33  🔍  (~ 26,772,747 domains)

| | |
|---|---|
| ASN | AS16509 |
| ISP | Amazon Technologies Inc. |
| Country | United States |
| Region | Texas |
| City | Dallas |

### 3.33.130.190  🔍  (~ 26,795,498 domains)

| | |
|---|---|
| ASN | AS16509 |
| ISP | Amazon Technologies Inc. |
| Country | United States |
| Region | New Jersey |
| City | Princeton |

## NAME SERVERS

ns72.domaincontrol.com (~ 5,314,612 domains)

ns71.domaincontrol.com (~ 5,315,551 domains)

## SSL PROFILE →

### 3e65a0be295f8c26076091c2e0220c50dddf87b8

| | |
|---|---|
| Subject | CN=tnmgames.com |
| Issuer Common Name | Go Daddy Secure Certificate Authority - G2 |
| Not After | 2026-06-30 |
| Not Before | 2025-06-30 |
| Duration | 366 days |

### c487168d18b93b2e80938dfbff961eed993936ce

| | |
|---|---|
| Subject | CN=www.tnmgames.com |
| Issuer Common Name | Go Daddy Secure Certificate Authority - G2 |
| Not After | 2026-07-02 |
| Not Before | 2025-07-02 |
| Duration | 366 days |

## WEBSITE

| | |
|---|---|
| Server Type | **cafe** |
| Website Response | ● **200** OK |

**WHOIS**          RDAP

### MOST RECENT WHOIS RECORD (24 RECORDS SINCE 2020-09-21) →

```
Domain Name: tnmgames.com
Registry Domain ID: 2560897165_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
        http://www.godaddy.com
```

```
Updated Date: 2024-09-20T12:01:17+00:00
        2026-01-06
Creation Date: 2020-09-19T23:13:20+00:00
        2020-09-20
Registrar Registration Expiration Date: 2026-09-19T23:13:20+00:00
        2026-09-20
Registrar: GoDaddy.com, LLC
Sponsoring Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Status:
        clientDeleteProhibited
        clientRenewProhibited
        clientTransferProhibited
        clientUpdateProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: REDACTED FOR PRIVACY (DT)
Registrant Organization:
Registrant Street: REDACTED FOR PRIVACY (DT)
Registrant City: REDACTED FOR PRIVACY (DT)
Registrant State/Province: California
Registrant Postal Code: REDACTED FOR PRIVACY (DT)
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY (DT)
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: REDACTED FOR PRIVACY (DT)
Registry Admin ID:
Admin Name:
Admin Organization:
Admin Street:
Admin City:
Admin State/Province:
Admin Postal Code:
Admin Country:
Admin Phone:
Admin Phone Ext:
Admin Fax:
```

```
Admin Fax Ext:
Admin Email:
Registry Tech ID: Not Available From Registry
Tech Name: REDACTED FOR PRIVACY (DT)
Tech Organization:
Tech Street: REDACTED FOR PRIVACY (DT)
Tech City: REDACTED FOR PRIVACY (DT)
Tech State/Province: California
Tech Postal Code: REDACTED FOR PRIVACY (DT)
Tech Country: US
Tech Phone: REDACTED FOR PRIVACY (DT)
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: REDACTED FOR PRIVACY (DT)
Registry Billing ID:
Billing Name:
Billing Organization:
Billing Street:
Billing City:
Billing State/Province:
Billing Postal Code:
Billing Country:
Billing Phone:
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email:
Nameservers:
        ns71.domaincontrol.com
        ns72.domaincontrol.com
DNSSEC: unsigned
```

≡  IRIS INVESTIGATE    ⚙ DomainTools ⠿

🔍 Inspect: tnminteractive.com

| DOMAIN PROFILE | DOMAIN HISTORY | SCREENSHOT HISTORY | WHOIS HISTORY | SSL PROFILE |

### TAGS

### RISK SCORE

## 15

**OVERALL SCORE**

| **N/A** | **N/A** | **N/A** | **15** |
|---------|---------|---------|--------|
| PHISHING | MALWARE | SPAM | PROXIMITY |

### ACTIVITY

| Status | **Active** |
|--------|-----------|
| First Seen | **2020-09-12 08:00 PM** |
| Create Date | **2020-09-13** |
| Expiration Date | **2026-09-13** |

### RECENTLY RESOLVED AS

## No subdomains found for this domain.

 **Need more search results?**

Consider adding [ Passive DNS ] to Iris Investigate.

➔☰ SHOW RECENT SUBDOMAINS

### EMAILS

dns@jomax.net (~ 155,340,408 domains)

abuse@godaddy.com (~ 173,354,662 domains)

mumbauer@hotmail.com (~ 21 domains)

### REGISTRANT

| | |
|---|---|
| Name | Michael Mumbauer (~ 15 domains) |
| Country | United States of America – (US) |
| Organization | Michael Mumbauer (~ 13 domains) |

### REGISTRAR

| | |
|---|---|
| Name | GoDaddy.com, LLC |
| Status | clientdeleteprohibited, clientrenewprohibited, clienttransferprohibited, clientupdateprohibited |

### IP ADDRESSES

**3.33.130.190**     (~ 26,795,475 domains)

| | |
|---|---|
| ASN | AS16509 |
| ISP | Amazon Technologies Inc. |
| Country | United States |
| Region | New Jersey |
| City | Princeton |

**15.197.148.33**     (~ 26,772,726 domains)

| | |
|---|---|
| ASN | AS16509 |
| ISP | Amazon Technologies Inc. |
| Country | United States |
| Region | Texas |
| City | Dallas |

### NAME SERVERS

1/6/26, 3:32 PM
Case 2:26-cv-00542-MWC-AGR    Document 6-7    Filed 01/20/26    Page 55 of 67    Page ID #:150
iris.domaintools.com/investigate/search

ns54.domaincontrol.com (~ 5,739,438 domains)

ns53.domaincontrol.com (~ 5,741,307 domains)

SSL PROFILE →

### 5620346775f618c151377983b6667846dd7219e6

| | |
|---|---|
| Subject | CN=tnminteractive.com |
| Issuer Common Name | Go Daddy Secure Certificate Authority - G2 |
| Not After | 2026-06-20 |
| Not Before | 2025-06-20 |
| Duration | 366 days |

WHOIS                           RDAP

MOST RECENT WHOIS RECORD (34 RECORDS SINCE 2013-06-03) →

```
Domain Name: tnminteractive.com
Registry Domain ID: 2559603558_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
        http://www.godaddy.com
Updated Date: 2024-09-14T07:45:21+00:00
        2026-01-06
Creation Date: 2020-09-13T16:31:43+00:00
        2020-09-13
Registrar Registration Expiration Date: 2026-09-13T16:31:43+00:00
        2026-09-13
Registrar: GoDaddy.com, LLC
Sponsoring Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Status:
        clientDeleteProhibited
        clientRenewProhibited
        clientTransferProhibited
        clientUpdateProhibited
```

```
Registry Registrant ID: Not Available From Registry
Registrant Name: REDACTED FOR PRIVACY (DT)
Registrant Organization:
Registrant Street: REDACTED FOR PRIVACY (DT)
Registrant City: REDACTED FOR PRIVACY (DT)
Registrant State/Province: California
Registrant Postal Code: REDACTED FOR PRIVACY (DT)
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY (DT)
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: REDACTED FOR PRIVACY (DT)
Registry Admin ID:
Admin Name:
Admin Organization:
Admin Street:
Admin City:
Admin State/Province:
Admin Postal Code:
Admin Country:
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:
Registry Tech ID: Not Available From Registry
Tech Name: REDACTED FOR PRIVACY (DT)
Tech Organization:
Tech Street: REDACTED FOR PRIVACY (DT)
Tech City: REDACTED FOR PRIVACY (DT)
Tech State/Province: California
Tech Postal Code: REDACTED FOR PRIVACY (DT)
Tech Country: US
Tech Phone: REDACTED FOR PRIVACY (DT)
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: REDACTED FOR PRIVACY (DT)
```

1/6/26, 3:32 PM          Case 2:26-cv-00542-MWC-AGR          Document 6-7   Filed 01/20/26          Page 57 of 67   Page
                                                                   ns Investigate - IsDomain.com
                                            ID #:152

```
Registry Billing ID:
Billing Name:
Billing Organization:
Billing Street:
Billing City:
Billing State/Province:
Billing Postal Code:
Billing Country:
Billing Phone:
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email:
Nameservers:
        ns53.domaincontrol.com
        ns54.domaincontrol.com
DNSSEC: unsigned
```



ⓘ Consider adding [ Passive DNS ] to Iris Investigate.

## EMAILS

dns@jomax.net (~ 155,340,403 domains)

abuse@godaddy.com (~ 173,354,663 domains)

mumbauer@hotmail.com  (~ 21 domains)

## REGISTRANT

| | | |
|---|---|---|
| Name | Michael Mumbauer  | (~ 15 domains) |
| Country | United States of America - (US) | |
| Organization | Michael Mumbauer  | (~ 13 domains) |

## REGISTRAR

| | |
|---|---|
| Name | GoDaddy.com, LLC |
| Status | clientdeleteprohibited, clientrenewprohibited, clienttransferprohibited, clientupdateprohibited |

## IP ADDRESSES

### 15.197.148.33  🔍  (~ 26,772,724 domains)

| | |
|---|---|
| ASN | AS16509 |
| ISP | Amazon Technologies Inc. |
| Country | United States |
| Region | Texas |
| City | Dallas |

### 3.33.130.190  🔍  (~ 26,795,473 domains)

| | |
|---|---|
| ASN | AS16509 |
| ISP | Amazon Technologies Inc. |
| Country | United States |
| Region | New Jersey |

City          Princeton

## NAME SERVERS

ns30.domaincontrol.com (~ 5,816,172 domains)

ns29.domaincontrol.com (~ 5,815,886 domains)

## SSL PROFILE →

### 8336a9611910b8f08a7a7a7f1adb5d6939664130

| | |
|---|---|
| Subject | CN=www.tnmproductions.com |
| Issuer Common Name | Go Daddy Secure Certificate Authority - G2 |
| Not After | 2026-08-07 |
| Not Before | 2025-08-07 |
| Duration | 366 days |

### 070a1c437545048caa2e728e7a464a90f91c3e89

| | |
|---|---|
| Subject | CN=tnmproductions.com |
| Issuer Common Name | Go Daddy Secure Certificate Authority - G2 |
| Not After | 2026-06-07 |
| Not Before | 2025-11-21 |
| Duration | 199 days |

WHOIS                    RDAP

## MOST RECENT WHOIS RECORD (74 RECORDS SINCE 2009-01-16) →

```
Domain Name: tnmproductions.com
Registry Domain ID: 2559603553_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
        http://www.godaddy.com
Updated Date: 2024-09-14T07:45:19+00:00
```

```
            2026-01-06
Creation Date: 2020-09-13T16:31:43+00:00
            2020-09-13
Registrar Registration Expiration Date: 2026-09-13T16:31:43+00:00
            2026-09-13
Registrar: GoDaddy.com, LLC
Sponsoring Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Status:
        clientDeleteProhibited
        clientRenewProhibited
        clientTransferProhibited
        clientUpdateProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: REDACTED FOR PRIVACY (DT)
Registrant Organization:
Registrant Street: REDACTED FOR PRIVACY (DT)
Registrant City: REDACTED FOR PRIVACY (DT)
Registrant State/Province: California
Registrant Postal Code: REDACTED FOR PRIVACY (DT)
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY (DT)
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: REDACTED FOR PRIVACY (DT)
Registry Admin ID:
Admin Name:
Admin Organization:
Admin Street:
Admin City:
Admin State/Province:
Admin Postal Code:
Admin Country:
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
```

```
Admin Email:
Registry Tech ID: Not Available From Registry
Tech Name: REDACTED FOR PRIVACY (DT)
Tech Organization:
Tech Street: REDACTED FOR PRIVACY (DT)
Tech City: REDACTED FOR PRIVACY (DT)
Tech State/Province: California
Tech Postal Code: REDACTED FOR PRIVACY (DT)
Tech Country: US
Tech Phone: REDACTED FOR PRIVACY (DT)
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: REDACTED FOR PRIVACY (DT)
Registry Billing ID:
Billing Name:
Billing Organization:
Billing Street:
Billing City:
Billing State/Province:
Billing Postal Code:
Billing Country:
Billing Phone:
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email:
Nameservers:
        ns29.domaincontrol.com
        ns30.domaincontrol.com
DNSSEC: unsigned
```

☰  IRIS INVESTIGATE                                                    ⚙ **DomainTools**  ⚙

🔍 Inspect: tnmstudios.com

| DOMAIN PROFILE | DOMAIN HISTORY | SCREENSHOT HISTORY | WHOIS HISTORY | SSL PROFILE |
|---|---|---|---|---|

### TAGS

### RISK SCORE

## 15

**OVERALL SCORE**

| N/A | N/A | N/A | 15 |
|---|---|---|---|
| PHISHING | MALWARE | SPAM | PROXIMITY |

### ACTIVITY

| | |
|---|---|
| Status | Active |
| First Seen | 2020-09-19 08:00 PM |
| Create Date | 2020-09-19 |
| Expiration Date | 2026-09-20 |

### RECENTLY RESOLVED AS

No subdomains found for this domain.

ℹ **Need more search results?**
Consider adding [ Passive DNS ] to Iris Investigate.

➔≣ SHOW RECENT SUBDOMAINS

### EMAILS

mumbauer@hotmail.com ☰  (~ 21 domains)

dns@jomax.net (~ 155,340,249 domains)

abuse@godaddy.com (~ 173,354,527 domains)

## REGISTRANT

| | | |
|---|---|---|
| Name | Michael Mumbauer ☰  (~ 15 domains) | |
| Country | United States of America – (US) | |
| Organization | Michael Mumbauer ☰  (~ 13 domains) | |

## REGISTRAR

| | |
|---|---|
| Name | GoDaddy.com, LLC |
| Status | clientdeleteprohibited, clientrenewprohibited, clienttransferprohibited, clientupdateprohibited |

## IP ADDRESSES

### 3.33.130.190  🔍  (~ 26,795,445 domains)

| | |
|---|---|
| ASN | AS16509 |
| ISP | Amazon Technologies Inc. |
| Country | United States |
| Region | New Jersey |
| City | Princeton |

### 15.197.148.33  🔍  (~ 26,772,694 domains)

| | |
|---|---|
| ASN | AS16509 |
| ISP | Amazon Technologies Inc. |
| Country | United States |
| Region | Texas |
| City | Dallas |

## NAME SERVERS

ns72.domaincontrol.com (~ 5,314,610 domains)

ns71.domaincontrol.com (~ 5,315,549 domains)

## SSL PROFILE →

### 529a7bb726b44411df289e140e64ab31f568e373

| | |
|---|---|
| Subject | CN=www.tnmstudios.com |
| Issuer Common Name | Go Daddy Secure Certificate Authority - G2 |
| Not After | 2026-04-20 |
| Not Before | 2025-04-20 |
| Duration | 366 days |

### f55cbd96acece43d9642cadcfeadb12ac5bdf5c5

| | |
|---|---|
| Subject | CN=tnmstudios.com |
| Issuer Common Name | Go Daddy Secure Certificate Authority - G2 |
| Not After | 2026-04-21 |
| Not Before | 2025-04-21 |
| Duration | 366 days |

## WEBSITE

| | |
|---|---|
| Server Type | **cafe** |
| Website Response | 🟢 **200** OK |

**WHOIS**        RDAP

### MOST RECENT WHOIS RECORD (33 RECORDS SINCE 2007-09-20) →

```
Domain Name: tnmstudios.com
Registry Domain ID: 2560897164_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
        http://www.godaddy.com
```

```
Updated Date: 2024-09-20T12:01:18+00:00
         2026-01-06
Creation Date: 2020-09-19T23:13:20+00:00
         2020-09-20
Registrar Registration Expiration Date: 2026-09-19T23:13:20+00:00
         2026-09-20
Registrar: GoDaddy.com, LLC
Sponsoring Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Status:
         clientDeleteProhibited
         clientRenewProhibited
         clientTransferProhibited
         clientUpdateProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: REDACTED FOR PRIVACY (DT)
Registrant Organization:
Registrant Street: REDACTED FOR PRIVACY (DT)
Registrant City: REDACTED FOR PRIVACY (DT)
Registrant State/Province: California
Registrant Postal Code: REDACTED FOR PRIVACY (DT)
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY (DT)
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: REDACTED FOR PRIVACY (DT)
Registry Admin ID:
Admin Name:
Admin Organization:
Admin Street:
Admin City:
Admin State/Province:
Admin Postal Code:
Admin Country:
Admin Phone:
Admin Phone Ext:
Admin Fax:
```

```
Admin Fax Ext:
Admin Email:
Registry Tech ID: Not Available From Registry
Tech Name: REDACTED FOR PRIVACY (DT)
Tech Organization:
Tech Street: REDACTED FOR PRIVACY (DT)
Tech City: REDACTED FOR PRIVACY (DT)
Tech State/Province: California
Tech Postal Code: REDACTED FOR PRIVACY (DT)
Tech Country: US
Tech Phone: REDACTED FOR PRIVACY (DT)
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: REDACTED FOR PRIVACY (DT)
Registry Billing ID:
Billing Name:
Billing Organization:
Billing Street:
Billing City:
Billing State/Province:
Billing Postal Code:
Billing Country:
Billing Phone:
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email:
Nameservers:
        ns71.domaincontrol.com
        ns72.domaincontrol.com
DNSSEC: unsigned
```