# EXHIBIT B



101 CALIFORNIA STREET   SUITE 3800   SAN FRANCISCO, CA 94111
**T** 415.653.3750   **F** 415.653.3755   www.Venable.com

January 7, 2026

Rebecca B. Horton

**t** 415.653.3707
**f** 415.653.3755
Rbhorton@Venable.com

**VIA E-MAIL AND FEDEX**

Michael Mumbauer
1121 Laurel Cove Ln.
Encinitas, CA 92024
mumbauer@gmail.com

     Re:    **Cease and Desist Interference with That's No Moon Entertainment Inc.
Domains**

Dear Mr. Mumbauer:

We represent That's No Moon Entertainment Inc. ("TNM"). We are contacting you to demand
the immediate cessation of your unauthorized modification of the DNS servers related to the
website, www.ThatsNoMoon.com, and restoration of prior DNS entries.

Your actions include disabling TNM's rightful access to the website, disabling its employees'
access to their e-mail accounts, and causing the website to nonsensically redirect customers to
https://www.travelswitzerland.com/en/. Your conduct is unlawful; violates the March 4, 2021
Amended and Restated Proprietary Information, Inventions and Non-Solicitation Agreement
between you and TNM ("PIIA"); and has caused TNM significant damage. To be clear, those
damages continue to accrue and TNM intends to hold you fully accountable.

We hereby demand that you immediately **cease and desist** any further interference with TNM.
TNM is actively evaluating all available legal and equitable remedies available to it and may
pursue them without any further notice.

Around September 2020, you agreed to purchase and register—on TNM's behalf—multiple
domain names[1] that referenced TNM, including www.ThatsNoMoon.com, previously TNM's
main website.

---

[1] These domains included: ThatsNoMoon.com; TNMgames.com; TNMstudios.com;
ThatsNoMoonent.com; ThatsNoMoonInc.com; ThatsNoMoonTV.com; ThatsNoMoonfilm.com;
ThatsNoMoonfilms.com; TNMinteractive.com; TNMproductions.com; ThatsNoMoonGames.com;
ThatsNoMoonInteractive.com; and ThatsNoMoonEntertainment.com (hereinafter, "TNM Domains").



January 7, 2026
Page 2

You may be under the false impression that you have the right to control TNM-affiliated
domains you registered. Regardless of whether you personally incurred expenses and nominally
control those registrations, you registered the domains *on behalf of TNM*. TNM later reimbursed
you. TNM owns whatever goods or services were purchased and reimbursed.

The PIIA (as well as its November 11, 2020 version) explicitly states: "The Company owns all
Company-related digital and social media accounts (including all passwords, data posts, digital
works and goodwill therein) that I may create, manage, contribute to, or administer during my
employment with the Company . . . . At any time upon request and immediately upon my
termination of employment for any reason, I will surrender full control and access to such
accounts to the Company." Failure to surrender these accounts does not render them yours.

On November 12, 2020, you entered into a promissory note with TNM, intended to memorialize
TNM's obligation to reimburse you for your use of personal funds for purchases made on TNM's
behalf, including your purchase of the TNM Domains. TNM fully satisfied the promissory note on
April 5, 2021, when it paid you $2,842.14, which represented the entire loan amount, plus interest.
Accordingly, TNM has fully reimbursed you for your purchase of the TNM Domains on TNM's
behalf. Under the PIIA and by accepting this payment, you relinquished any individual rights, to
the extent any existed, in the TNM Domains. As you knew, TNM always intended that TNM
alone would use the TNM Domains, and TNM has done so consistently until your recent
unlawful interference.

After you separated from TNM on February 17, 2022, TNM discovered that you had registered
the TNM Domains under your own name instead of TNM's. Further, you never thereafter
transferred the TNM Domains to TNM, even though you were acting on TNM's behalf when
you purchased these domain names, were reimbursed for the funds used to make the purchases,
and have no individual rights to these domains. You have since refused, without explanation, to
relinquish control of the TNM Domains despite having no legal right to them.

Since the 2023 proceedings before the National Arbitration Forum pursuant to the Uniform
Domain Name Dispute Resolution Policy (UDRP), TNM has received several registrations for
the THAT'S NO MOON word and design marks, including those set forth below:



January 7, 2026
Page 3

| U.S. Trademark Registration Number | Registration Date | Trademark | Wordmark |
|---|---|---|---|
| 6874240 | October 11, 2022 | THAT'S NO MOON | THAT'S NO MOON |
| 7158361 | September 5, 2023 | THAT'S NO MOON | THAT'S NO MOON |
| 7158360 | September 5, 2023 | | T N M |

TNM also has multiple pending trademark applications, including: U.S. Serial No. 90980087; U.S. Serial No. 98136853; U.S. Serial No. 98136850; and U.S. Serial No. 98136852. As evident by the registrations and pending applications, in addition to common law rights, TNM is the sole owner of the intellectual property ("IP") rights related to the mark, THAT'S NO MOON, and no individual employees, including yourself, have any trademark or other rights to this IP.

Your unauthorized use and recent escalation of misconduct relating to the TNM Domains make you liable for violations of numerous federal and California laws. Based on your serious misconduct, TNM may assert claims against you including, but not limited to:

- Intentional interference with prospective economic relations, because you are disrupting TNM's relationship with third parties, including potential customers and investors, by taking control of and manipulating the TNM Domains.
- Conversion and trespass to chattels, because you have taken control of virtual property that does not belong to you.
- Breach of contract, promissory estoppel, and promissory fraud, because you have violated the PIIA and because TNM reimbursed you for the TNM Domains with both parties' understanding that TNM would exercise exclusive control over those domains.
- Trademark infringement, trademark dilution, cyberpiracy, and anti-cybersquatting, in violation of 15 U.S.C. §§ 1114, 1125, and California Business and Professions Code §§ 14247, 14320, because you have taken unauthorized control of the TNM Domains, which are identical to, subsumed by, or confusingly similar to TNM's well-known and federally registered trademarks.



January 7, 2026
Page 4

- Unfair competition, in violation of California Business and Professions Code §§ 17200 *et seq.*, because you have engaged in unlawful, unfair, and fraudulent business practices.
- Computer data and access fraud, in violation of California Penal Code § 502 and 18 U.S.C. § 1030, because you accessed and damaged the TNM Domains without TNM's authorization.

TNM demands that **within 2 days** of receipt of this letter, you:

- Cease and desist any modification of or interference with access to TNM's website, www.ThatsNoMoon.com, or any other TNM Domains, including by ceasing improper redirection of any TNM Domains and by restoring TNM's access to and control of the TNM Domains.
- Relinquish your unauthorized access to and control of the TNM Domains. To easily comply, you may follow this link: https://www.godaddy.com/help/transfer-my-domain-to-another-godaddy-account-822. You will need to transfer all TNM Domains to Customer Number 693369022 (e-mail address kzetts@thatsnomoon.co).

If you do not comply with this demand, TNM will have no choice but to pursue all legal and equitable remedies available to it, including injunctive relief and monetary damages, and TNM will hold you accountable for the attorneys' fees it is forced to incur in enforcing its rights.

Nothing in this letter constitutes a waiver of any rights or remedies available to TNM, all of which are expressly reserved.

If you wish to discuss this matter, please contact me at the telephone number or e-mail address listed above.

Sincerely,

Rebecca Horton

cc: Andrew E. Hillier, Harlan Hillier DiGiacco, LLP (via email)