# EXHIBIT C

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.09.25 06:26:51 -04'00'

# United States of America
## United States Patent and Trademark Office

# THAT'S NO MOON

**Reg. No. 6,874,240**
**Registered Oct. 11, 2022**
**Int. Cl.: 42**
**Service Mark**
**Principal Register**

That's No Moon Entertainment Inc. (DELAWARE CORPORATION)
2761 Federal Ave
Los Angeles, CALIFORNIA 90064

CLASS 42: Video game development services; Designing and developing computer game software and video game software for use with computers, video game program systems and computer networks

FIRST USE 8-1-2020; IN COMMERCE 3-4-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-977,904, FILED 03-24-2021



*Katherine Kelly Vidal*
Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,158,360**
**Registered Sep. 05, 2023**
**Int. Cl.: 42**
**Service Mark**
**Principal Register**

That's No Moon Entertainment Inc. (DELAWARE CORPORATION)
5419 McConnell Avenue
5419 McConnell Avenue
Los Angeles, CALIFORNIA 90064

CLASS 42: Video game development services; Designing and developing computer game software and video game software for use with computers, video game program systems and computer networks

FIRST USE 8-1-2020; IN COMMERCE 3-4-2021

The mark consists of a circle shape, inside the circle are the letters "T", "N", and "M". These letters overlap one another and the "N" faces both forward and backward. The overlapping letters inside the circle create the appearance of a partial square, an upside-down triangle, a diamond, several smaller triangles of differing sizes and other geometric shapes.

SER. NO. 90-980,079, FILED 07-26-2021



*Katherine Kelly Vidal*
Director of the United States
Patent and Trademark Office





# THAT'S NO MOON

**Reg. No. 7,158,361**

**Registered Sep. 05, 2023**

**Int. Cl.: 42**

**Service Mark**

**Principal Register**

That's No Moon Entertainment Inc.  (DELAWARE CORPORATION)
5419 McConnell Avenue
Los Angeles, CALIFORNIA 90064

CLASS 42: Video game development services; Designing and developing computer game software and video game software for use with computers, video game program systems and computer networks

FIRST USE 8-1-2020; IN COMMERCE 3-4-2021

The mark consists of the words "THAT'S NO MOON" in stylized geometric typeface.

SER. NO. 90-980,086, FILED 07-26-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office

