# EXHIBIT D

| | |
|---|---|
| **From:** | Michael Mumbauer |
| **To:** | Rana, Amit; mumbauer@yahoo.com; qdmumbauer@hotmail.com; mmumbauer@yahoo.com; mumbauer@gmail.com |
| **Cc:** | Horton, Rebecca B.; Fitzsimmons, Berit G. |
| **Subject:** | Re: That"s No Moon v. Mumbauer - NOTICE OF APPLICATION FOR TEMPORARY RESTRAINING ORDER |
| **Date:** | Tuesday, January 20, 2026 2:02:32 PM |

**Caution: External Email**



Hi Amit,

I've forwarded off to council, and you should hear from them soon. Please let TNM that I'll be filing a wrongful termination countersuit and will be seeking extensive damages.

My counsel will be in touch.

Best regards,

Michael

Get Outlook for iOS

**From:** Rana, Amit <ARana@Venable.com>
**Sent:** Tuesday, January 20, 2026 1:08:52 PM
**To:** mumbauer@yahoo.com <mumbauer@yahoo.com>; qdmumbauer@hotmail.com <qdmumbauer@hotmail.com>; mmumbauer@yahoo.com <mmumbauer@yahoo.com>; mumbauer@hotmail.com <mumbauer@hotmail.com>; mumbauer@gmail.com <mumbauer@gmail.com>
**Cc:** Horton, Rebecca B. <RBHorton@Venable.com>; Fitzsimmons, Berit G. <BGFitzsimmons@Venable.com>
**Subject:** That's No Moon v. Mumbauer - NOTICE OF APPLICATION FOR TEMPORARY RESTRAINING ORDER

Mr. Mumbauer:

If you are represented by counsel please forward this email to them or ask them to contact me immediately.

As you know, our office represents That's No Moon Entertainment Inc. ("TNM").

I am writing to give you notice that TNM will seek a temporary restraining order and an order to show cause why a preliminary injunction should not issue against you in Central District of California, Case No. 26-cv-00542.

Attached, you will find:

- Complaint
- Application for Temporary Restraining Order
- Declaration of Nick Kononelos
- Declaration of Amit Rana
- Proposed Order

The matter has not been assigned to a judge yet and there is no hearing date set for the TRO. We will update you when you have that information. The relief sought is detailed in the proposed order, and includes an order enjoining you from further use of or access to certain URL domains (listed in the attached papers).

Please confirm immediately if you intend to oppose.

Thank you,
Amit


Amit Rana | Venable LLP
t 415.653.3747 | f 415.653.3755
101 California Street, Suite 3800, San Francisco, CA 94111

ARana@Venable.com | www.Venable.com

```
***************************************************************
***********************
This electronic mail transmission may contain confidential or
privileged information. If
you believe you have received this message in error, please
notify the sender by reply
transmission and delete the message without copying or
disclosing it.
***************************************************************
***********************
```