AMIT RANA (SBN 291912)
ARana@Venable.com
REBECCA B. HORTON (SBN 308052)
RBHorton@Venable.com
BERIT G. FITZSIMMONS (SBN 313520)
BGFitzsimmons@Venable.com
VENABLE LLP
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:  415.653.3750
Facsimile:   415.653.3755

*Attorneys for Plaintiff*
*That's No Moon Entertainment Inc.*

**UNITED STATE DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THAT'S NO MOON ENTERTAINMENT INC., a Delaware corporation, | Case No. 2:26-cv-00542-MWC (AGRx) |
| Plaintiff, | Hon. Michelle Williams Court |
| v. | **PLAINTIFF THAT'S NO MOON ENTERTAINMENT INC.'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| MICHAEL MUMBAUER, an individual, | |
| Defendant. | |

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750

PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)
CASE NO. 2:26-CV-00542-MWC (AGRx)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the settlement agreement between Plaintiff That's No Moon Entertainment Inc. ("Plaintiff") and Defendant Michael Mumbauer, Plaintiff hereby dismisses this action *with prejudice*, with each party to bear its own attorneys' fees and costs.

Dated:  April 6, 2026                              VENABLE LLP


By:  */s/ Rebecca B. Horton*
      Rebecca B. Horton

      *Counsel for Plaintiff That's No Moon*
      *Entertainment Inc.*

1

PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)
CASE NO. 2:26-CV-00542-MWC (AGRx)